Mathew K. Higbee, Esq. SBN 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 713-3013
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff,*
TROY COVEY,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COVEY,<br><br>Plaintiff,<br><br>v.<br><br>SKIN AI, LLC d/b/a Y'OUR PERSONALIZED SKINCARE;<br>and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 4:24-cv-09047-HSG<br><br>**ORDER ON MOTION FOR EXTENSION (as modified)** |

For the reasons set forth in Plaintiff's Motion For Extension of Time For Defendant to Respond to Complaint ("Motion") and for good cause shown, Plaintiff's Motion is **GRANTED**.

It is hereby **ORDERED** that the deadline for the Parties' Case Management Statement shall be extended up to and including March 25, 2025, and the case management conference shall be rescheduled for April 1, 2025 at 2:00 p.m. via Zoom. The Zoom webinar information and instructions remain the same as previously

1

1 | provided in docket no. 11.

3 | It is SO ORDERED, this 11th day of March 2025.

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge