Mathew K. Higbee, Esq. SBN 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 713-3013
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff,*
TROY COVEY,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COVEY,<br><br>Plaintiff,<br><br>v.<br><br>SKIN AI, LLC d/b/a Y'OUR PERSONALIZED SKINCARE; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 4:24-cv-09047-HSG<br><br>**ORDER ON STIPULATED JOINT MOTION FOR EXTENSION OF TIME TO PREPARE AND FILE THE CASE MANAGEMENT STATEMENT**<br>**(as modified)** |

For the reasons set forth in Parties' Stipulated Joint Motion For Extension of Time to Prepare and File the Case Management Statement ("Motion") and for good cause shown, Parties' Motion is **GRANTED**.

It is hereby **ORDERED** that the deadline for the Parties' Case Management Statement shall be extended up to and including April 22, 2025, and the case management conference shall be rescheduled for April 29, 2025 at 2:00 p.m. via Zoom.

1

The Zoom webinar information and instructions remain the same as previously provided in Docket No. 11.

It is SO ORDERED, this 26th day of March 2025.

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge